# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **Stephen D. Maxwell,** | ) | |
|     Petitioner, | ) | |
| | ) | |
| v. | ) | **No. CIV-08-450-FHS** |
| | ) | |
| **Rogers County,** | ) | |
|     Respondent. | ) | |

## OPINION AND ORDER

On October 15, 2008, petitioner submitted to the Clerk of the Oklahoma Court of Criminal Appeals (OCCA) this petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254. *See* Docket #1 at 36. The OCCA directed its Clerk to return the pleading to petitioner, because it was intended for filing in this federal court. *Id.* Petitioner filed the petition in this court on December 1, 2008. The court has determined, however, that petitioner was convicted in Rogers County, Oklahoma, which is located within the territorial jurisdiction of the Northern District of Oklahoma. Therefore, in the furtherance of justice, this matter may be more properly addressed in that district.

Accordingly, pursuant to 28 U.S.C. § 2241(d), Petitioner's application for a writ of habeas corpus is hereby **transferred** to the Northern District of Oklahoma for all further proceedings.[1]

**IT IS SO ORDERED** this 2nd day of December, 2008.

Frank H. Seay
United States District Judge

---

[1] The court also notes the petition does not appear to include petitioner's original signature.